■ In the Matter of RAUL TORRES, JR., Petitioner, v NANCY E. SMITH, as Judge of the Monroe County Court, et al.,

Respondents. [612 NYS2d 990] —Petition unanimously dismissed without costs *(see, Matter of Burse v Bristol,* 203 AD2d 962 [decided herewith]). (Original Article 78 Proceeding.) Present —Denman, P. J., Lawton, Fallon, Doerr and Davis, JJ. (Filed Mar 24, 1994.)